JOHN ANDREWS, JR., Individually and as Executor of JOHN ANDREWS, Deceased, et al., Appellants, *v.* JOHN MCNAMARA and THE CITY OF BROOKLYN, Respondents.

(Submitted January 13, 1899; decided January 31, 1899.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered December 10, 1894, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*John Andrews, Jr.,* for appellants.

*Alfred E. Mudge, William J. Carr* and *John Whalen* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

————

DANIEL ROBERT, Appellant, *v.* THE BOARD OF SUPERVISORS OF KINGS COUNTY and CORNELIUS FURGUSON, as Supervisor, Respondents.

*Robert* v. *Supervisors of Kings*, 3 App. Div. 366, affirmed.
(Argued January 16, 1899; decided January 31, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 13, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Sidney V. Lowell* for appellant.

*William J. Carr* and *John Whalen* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.